# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America )
v. )
JUAN SERAFIN-SALMERON )  Case No: 1:16CR00122-001
)  USM No: 15234-028
)
Date of Original Judgment: 02/23/2017 )
Date of Previous Amended Judgment: )  Pro Se
*(Use Date of Last Amended Judgment if Any)*  *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Amendment 782 went into effect on November 1, 2014. Because he was sentenced after that date, the Court had the benefit of the amendment at the time of his sentencing.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.

**IT IS SO ORDERED**.

Date: 12/11/2017

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*